No. ——. Original. THE NEW YORK ELECTRIC LINES COMPANY, PETITIONER, *v.* WILLIAM J. GAYNOR ET AL., BOARD OF ESTIMATE AND APPORTIONMENT OF THE CITY OF NEW YORK ET AL. On application for a writ of error to the Supreme Court of the State of New York for the County of New York. Submitted November 20, 1916. Decided December 11, 1916. *Per Curiam.* The writ of error prayed for is denied upon the authority of (1) *Eustis* v. *Bolles,* 150 U. S. 361; *Leathe* v. *Thomas,* 207 U. S. 93; *Holden Land Co.* v. *Interstate Trading Co.,* 233 U. S. 536, 541; *Mellon Co.* v. *McCafferty,* 239 U. S. 134; (2) *Yazoo & Mississippi Valley Ry. Co.* v. *Adams,* 180 U. S. 26; *Beals* v. *Cone,* 188 U. S. 184; *Wood* v. *Chesborough,* 228 U. S. 672; (3) *Equitable Life Assurance Society* v. *Brown,* 187 U. S. 308, 314; *Consolidated Turnpike* v. *Norfolk &c. Ry. Co.,* 228 U. S. 596, 600; *Easterling Lumber Co.* v. *Pierce,* 235 U. S. 380, 382. See *New York Electric Lines Co.* v. *Empire City Subway Co.,* 235 U. S. 179.　*Mr. Alexander S. Bacon* for the petitioner.